**FILED**

JUL 2 1 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 10-0159 (RMU) |
| | : | |
| MICHAEL LAFOREST, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

It is this 21st day of July 2010, hereby

**ORDERED** that the court, in adopting the Report and Recommendation of Magistrate

Judge Facciola, accepts the defendant's guilty plea.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge